IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERAMY WIEDERRICK, ET AL. | : | CIVIL ACTION |
| vs. | : | |
| ALLIED INTERSTATE, INC. | : | NO. 12cv3795 |

O R D E R

**AND NOW, TO WIT:** this 10th day of December, 2012, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**ALL PENDING MOTIONS ARE DISMISSED AS MOOT**.

**MICHAEL E. KUNZ**, Clerk of Court

BY:   s/Rita L. Polkowski
Rita L. Polkowski
Deputy Clerk

Civ 2 (8/2000)
41(b).frm